CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 07 2010

JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARION LEON BEA, | ) | Civil Action No. 7:10-cv-00152 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HONORABLE BENJAMIN N. A. | ) | |
| KENDRICK, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of mandamus is **DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 7th day of April, 2010.

/s/ James C. Turk
Senior United States District Judge